Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

2019 SEP 20 P 1: 27

_____ District of _____

_____ Division

|   |   |
|---|---|
| JERRY Cintron  ID#110902) | Case No. CA 19 - 497 |
| _____ ) | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| Paul Bibeault, et Al, ) | |
| _____ ) | |
| Defendant(s) ) | |
| *(Write the full name of each defendant who is being sued.  If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.  Do not include addresses here.)* ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JERRY Cintron #110802 |
| All other names by which you have been known: | |
| ID Number | |
| Current Institution | ID#110802, Po, Box, 8274 |
| Address | MEDIUM #1 SECURITY - R.I. DOC |
| | Cranston RI   02920 |
| | City          State          Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Bibeault, Et Al., |
| Job or Title *(if known)* | INVestagator |
| Shield Number | |
| Employer | |
| Address | R.I-D.o.C - A.C.I Po, Box, 8274 |
| | Cranston RI   02920 |
| | City          State          Zip Code |

[X] Individual capacity   [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Rui Diniz, Et Al., |
| Job or Title *(if known)* | WARden - MEd #2 |
| Shield Number | |
| Employer | |
| Address | RI - D.o.C - A.C.I Po, Box 8274 |
| | Cranston RI   02920 |
| | City          State          Zip Code |

[X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                              *Matthew Kettle, et Al.,*
    Job or Title *(if known)*         *Assistant Director of Institutions*
    Shield Number
    Employer                          40 Howard Ave
    Address                           RI-DOC - A.C.I
                                      Cranston    RI    02920
                                      City         State      Zip Code
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name                              *Patricia A. Coyne-Fague, et Al.,*
    Job or Title *(if known)*         *Director*
    Shield Number
    Employer                          40 Howard Ave
    Address                           RI-DOC -A.C.I
                                      Cranston    RI    02920
                                      City         State      Zip Code
    [✓] Individual capacity    [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CRUEL & UNUSUAL PUNISHMENT & DUE PROCESS

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Cont'inuc on 3 A ➜

Pg # 5-4

DEFENDANT(S), Cont

#5    HAYES, LIEUTENANT,
      R-I DOC ACI-MED #1, P.O.Box, 8274
      CRANSTON, RI. 02920-
      INdividual & Official-
      ⟶ CAPACity

#6    MOE, LIEUTENANT,
      RI-DOC ACI-MED #2, P.O. Box, 8274
      CRANSTON, RI 02920
      INdividual & Official-
      ⟶ CAPACity

#7    BUSh, LIEUTENANT
      RI. DOC ACI-MED #2, P.O. Box, 8274
      CRANSTON RI 02920
      INdividual & Official-
      ⟶ CAPACity

#8    Cabral, INVestigator,
      RI-DOC ACI
      CRANSTON, RI 02920
      INdividual & Official-
      ⟶ CAPACity

Pg # 3-A

DEFENdANt(S) ,

CONt,

#9. JeNNiFer Chapman, Chair member of Classifacation
RI-DoC ACI - MED#1, P.O, Box, 8274
CRANSTON. RI, 02920
INdividual & official -
⇒ CAPACitY

#10- Franco , "Counselor",
RI-DoC·ACI- MED#1, P.O, Box, 8274
CRANStoN RI 02920
INdividual & official.
⇒ CAPACitY

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*8th AMENDMENT = CRUEL EVNUSUAL PUNISHMENT*

*14th AMENDMENT= DUE PROCESS*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Don't Apply*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*" MEDIUM SECURITY- RI DOC -2019 - July Aug*

C.  What date and approximate time did the events giving rise to your claim(s) occur?

MEDIUM SECURITY- BETWEEN July and Aug-2019

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All DEFENDant (s) PARTICIPATED DIRECTLY OR deliberate INdifferENtly To The violation of Plaintiff's Due Process Rights via "Disciplinary Hearings" that caused Plaintiff to do uNecessary Disc Conf. Sanctions IN violation of Plaintiffs 8T AMENDMENT.

V.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Due to the Blatant unconstitutionality of the "Disciplinary Hearing" and Classifaction Hearing Process at Medium #1 Plaintiff is unconstitutionally Subjected to "Condition of Confinement" IN which Plaintiff was denied visitation, Programs, And loss of good time All Because "Due Process" was violated by All The Defendant(s) (And INcreased Security level)

VI.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory = $100⁰⁰ A day /INdividually

Punitive = $15,000   Each /INdividually

INJunctive = EXPunge "All" "Tickets" "Bookings" And Isolation time and put Me Back in Regular Population SEE RELIEF Continued on:

Page 5 of 11

CLAIM #1 Cont

→ **E.** Plaintiff has Been Unconstitutionally
and Systematically Subjected to
Numerous of "DUE PROCESS" Violations
At His "Disciplinary Hearings' While
Incarcerated in The Rhode ISlAnd.
Dept. of CoRR. At: "MEdium#2 FRom
July - 2019 - to - Aug - 2019 And Also
IN Violation of Plaintiff's
**8th & 14th** Amendments, As Well
As "WOIFF US. McDONNEll"

**F.** IN All of these UNconstitutional
Disciplinary Hearing Proceedings
Plaintiff Has Been denied These
Due Process Mandates:

#1 The opportunity to Question
The "Charging officer"

#2 To Present Exculpatory
Evidence.

#3 Impartial Hearing.

Pg #5-A

Pg # 5 - 8

Claim #2. Cont,

F. Cont.

Proper Representation.
Via Counselor Etc.
And Because of these Above-
Mentioned "Due Process" Violations
At these "Disciplinary Hearings"
Plaintiff has Been Placed On:
"Disciplinary Confinement" -
"SOLITARY CONFINEMENT" FoR-
450 DAYS" IN Violation of
            Plaintiffs 8th Amendment
And 14th,

G. IN Addition - The "Disciplinary Hearings"
Are Conducted By only A "Lieutenant"
There is No 3-Member Committee As
Mandated iN: "WOlff Vs McDoNNEll".
The "Lieutenant" is The only Person
Conducting these "Disciplinar Hearings."
There is No "Committee" or "Charging
officer" to Be Questioned at these
"Disciplinary Hearings" About the
MERit or Validity of The "CHARGE."

Pg # 5 - B

Claim; #1 Cont.

H. This Process within itself is A
Blatant "Due Process" Violation.
Then to EXACErbate This
"Due Process" Violation, The
"Lievtenant" Who Conduct These
"Disciplinary Hearings" are Either
The "Supervisor" And/or "Subordinate"
Ie. to Captains of The officer
That Wrote Plaintiff, the Charge.
Which is a Blatant "Conflict of INterest"
Because you got officers. Ie, "Lieutenants"
AdJudicating Charges Written
By their "Subordinates" OR
"Superior"

I. ON: 07-22-2019 - At MEDIUM #1
Security, Defendant Investigater
Paul Bibeault Wrote Plaintiff A
Charge = Booking #142 (Substance Possession)
However Defendant Paul Bibeault
Violated Plaintiff's "Due Process"
Rights By Not Perducing "Exculpatory
Evidence" Also By Being a Member
of Class-COMMity to Vote Me To
A "Higher Security" "Super MAX"
Violating Plaintiffs "Due Process"
Rights

Pg #5-c

Pg #5-b

Claim #1. Cont.

J.   Plaintiff Tried to Argue The facts
to this "Due Process" Violation at
His "Disciplinary Hearing" But
Defendant "Lieutenant Moe"
Denied plaintiff the opportunity to
Present this evidence and Unjustly
found plaintiff Guilty Given
Plaintiff 30-days (Solitary Confinement)

K. ON: 08-22-2019- Also At Medium #1
Security. Deffendant INvestogator
Paul Bibeault wrote Plaintiff Another
Charge = Booking #P43 (Violence) Saying
That plaintiff and INMate Davante
Neves #154592 Succeeded To Trafficke
Narcotics, Again with "No Prooff" or
"Exculpatory Evidence" Clerly Violating
R.I. D.o.C #Policy 11-01-4 And
Plaintiffs "Due process" Right's.

L. Plaintiff Tried to Argue The facts
to This "Due process" Violation at
Disciplinary Hearing But Defendant
"Lieutenant Moe" Denied plaintiff
The opportunity to present this
evidence and Unjustly found
Plaintiff Guilty given plaintiff    ⇒

CLAIM#1, CONT

**L.**, CONT

(365-DAYS)("Solitary Confinement").

**M.** Also on-08-22-2019 At MEDIUM#1
Security Defendant Investegator
Paul Bibeault Wrote Plaintiff "AnotheR"
Charge = Booking #105 (Disobedience)
However Defendant Paul Bibeault
Violated Plaintiffs "Due Process"
Rights By not perducing Evidence
or leting Plaintiff Qestion
Charging Defendant at "Disciplinary
Hearing"

**N.** Plaintiff Tried to Algue this
"Due Process" Violation at His
"Disciplinary Hearing" But Defendant
"Lieutenant MOE" Denied Plaintiff
opportunity to present this Evidence
and unjustly found Plaintiff Guilty
Given Plaintiff (30-DAYS)
"Solitary Confinement"

**O.** Please NoTE That AlSo Plaintiff
was Booked #(133) (Substance Abuse) →

PaGE 5-E

Claim #2. Cont

O. Cont.

By Defendant "Lieutenant" Hayes"
Which was at plaintiff's "Disciplinary
Hearing" With Defendant "Lieutenant
MOE" Solo Which is a Violation
of My "Due process" Rights.

P. Defendant "Lieutenant MOE"
found plaintiff Guilty And
was Given (25 Days) Solitary
Confinement

Q NOTE: All Above Bookings Are
and is The Same infraction
it Shows Malice and Sadistically
Blatant practice to punish
plaintiff Given plaintiff a total
of (450 Days) "Solitary Confinement"
Violating plaintiffs 14th & 8th Amendments
"Cruel and unusual punishment" and
"Due process" Rights.

R. Plaintiff eventually is going to Be
Sent to "High Security" Due to His
"Due process" Right to Question →

Pg#5-F

Claim #1, Cont.

R. Cont,

"Charging officer" At his
"Disciplinary Hearings" While At
(MEdium #1).

S. Defendant Rui Diniz
Denied All of plaintiff's Disciplinary
Appeals in Which plaintiff's
"Due process" Rights was Violated
upholding his Subordinates Violation
of plaintiff's "Due process"

T. Due to Defendant, WArden
Rui Diniz's Denial of plaintiff's
Appeals plaintiff was Also
SAdistically Subjected to Months
of "Solitary Confinement" and
Sanctions in Violation of
8th Amendment.

V. Defendant(S) Patricia A. Coyne-fague,
Matthew Kettle, and Rui Diniz
are All deliberate INdifferent
to these unconstitutional
"Disiplinary Hearings"
⇒

Claim #1. Cont

v. Cont.

"Due process" Violations That are
Systematically Committed By
their Subordinates, without
INtervening to stop plaintiff
and/or Prisoner's in General
from Being UNConstitutionally
Subjected to:

#1. "Conflict of INTEREST" Via
"Lieutenents" Adjudicating
Charges = Bookings written By their
Subordinates = officers, And/oR
Superiors = Captains

#2. Denied the opportunity to
Question the "Charging officer"

#3. PRESENT EXCUIPAtORy EvidENCE.

#4. Denied impartiality, Via Not
Have A 3-Member Committee.

Pg #5-14

Pg#5-L

C/Aim #2. Cont.

**V.** Had Plaintiff not Been Subjected
to The Multitude of "Due Process"
Violations inscribed in this
Claim #2 Above During The
"Disciplinary Hearing" Proceedings
At: MEDIUM #1 Security- BY:
DEFENDANT(S).

Patricia A. Coyne-Fague, MATthEW
Kettle, "WARden" Rui Diniz,
"LT." MOE, "LT." Bush, "LT." Hayes,
"INvestegator" Paul Bibeault,
"INvestigator" Cabral, "Counselor" Franco.

**W.** Plaintiff Would'nt of Never have Been
Transferred to a Higher level Prison, i.e.
"High Security", Placed on: Solitary
Continement for a 1year 2 Months -
and 25 days Sadistically and
punitively in Violation of his
14th and 8th Amendments The
Predicate of the 8th and 14th
Amendment was to Preclude Such
UNCONStitutioNAl MAlfeasances.

Pg#5I

Pg # 5

\* RELiEF-REQUESTED \*

#1 Compensatory Damages -
Plaintiff Request Compensatory
Damages in the Amount Of:
("Compensatory Damages")
  ① #Via "$100.00 Dollars a Day from each
Defendant Endavisaually for
Unconstivtionally and Sadist,cally
for Being Placed on Disciplinary
Confindment "for More Then 2 Year"
for Violating My "8th" = Cruel & Unusula
Punishment and "14" = Amendment -
Due Process At DiscіPlinary Hearing.

#2 "PUNiTiVE DAMAGES IN The Amount
(of "$15,000" Dollars) Against all the
Defendants Endavisaually for
The Blatant Deliberate Malice and
Sadistic Violation of My
"8th" CRUEL & Unusual Punishment -
AND "14th" Amendment Due Process
Rights.

#3 "INJUNtiVE RELiEF: PlaintFF is
REQuEStiNG ") "INJUNtive Relief"
    To Have All MY Bookings Expunged
Due to My "Due Process" Rights
That Were Violated During All of
Plaintives DisciPlinary Hearing.

P's #5-K           * RELIEF-REQUESTED *

(A.) Denied the opportunity to Question
The officer who wrote the Booking
At the Hearing-

(B.) Conflict of Interest-the Hearing
Officer is the Supervisor of the
Charging officer.

(C.) Denied the opportunity to persent
Evidence.

(D.) Denied a Impartial Hearing
Due to only Having One Person
to Do the Hearing. ie. LIEUTENANT.

Plaintive Uhould Also Ask for
This Unconstitutional Disciplinary
Proceedings to be "Abolish" to
Perclude any other Prisoner
from Being Subjected to this
Arbitrary Practice.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MEDIUM #1 SECURITY RI-DOC

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

DoN'T APPly

2.   What did you claim in your grievance?

Don't Apply

3.   What was the result, if any?

Don't Apply

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Because You Can Not Put in a Grievance on Disiplinary HEALiNgs.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

Because you can't grieve Disciplinar Hearings,
All issues were covered
Via "DiscAppeal"

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: The Charging Officer Defendant Investogater P. Bibeault And he said good luck Just know. I'M Burning You Alive Kid.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Only My "Disc Appeals" were All DeNied

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NoNe

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    N/A

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3.  Docket or index number

    N/A

4.  Name of Judge assigned to your case

    N/A

5.  Approximate date of filing lawsuit

    N/A

6.  Is the case still pending?

    ☐ Yes

    ☐ No              N/A

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  *Jerry Cintron #110800*

   Defendant(s)  *William Galligan, et*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *US District Court - District of Rhode Island-*
   *1:17-CV-00305-M-PAS*

3. Docket or index number

   *1:17-CV-00305-M-PAS*

4. Name of Judge assigned to your case

   *District Judge John J. McConnell, Jr.*

5. Approximate date of filing lawsuit

   *06-21-2017*

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition  *02-26-2018*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *The case was dismissed.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09/13/19

Signature of Plaintiff

Printed Name of Plaintiff   Jerry Cintron

Prison Identification #   #110802

Prison Address   Po Box 8274

Cranston        RI       02920
City           State      Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney   None

Printed Name of Attorney

Bar Number

Name of Law Firm   N/A

Address

City          State       Zip Code

Telephone Number

E-mail Address   N/A

\* CERTIFICATE of SERVICE \*

I PRISONER, JERRY CINTRON
HEREby that ON: September, 13
2019., I did iN fAct MAiled ViA
First-Class MAil A—
  (42 USC-1983-Civil ComplAiNt)
To

    UNited StAtes District Court
      Of Rhode IslANd
    ONE ExchANGE TERRACE
    ProvidENCE, Rhode IslANd
                  02903

SignAtuRE : Jerry Cintron        #110802

DAtE : 09 / 13 / 2019