## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Jerry Cintron
_____

Plaintiff

v.                                    Case No. 1:19-cv-00497
                                              _____

Paul Bibeault et. al
_____

Defendant

### NOTICE OF APPEAL

Notice is hereby given that _Bibeault, Cabral, Diniz, Kettle, Coyne-Fague, Aceto, and Corry_
                                              Name

the **Defendants** in the above-referenced matter, hereby appeals to the United States
    Party Type

Court of Appeals for the First Circuit from the:

■ Final judgment entered on _____
                              Date of Judgment

and/or

■ The order _denying in part the Motion for Judgment on Pleadings_ entered on **8/22/22**
            Description of Order                                    Date of Order

Michael W. Field                       Respectfully submitted,
_____                    /s/ Michael W. Field
Name                                   _____
91695                                  Signature
_____                    9/20/22
Bar Number                             _____
Office of R.I. Attorney General        Date
_____                    401-274-4400 x 2380
Firm/Agency                            _____
150 South Main Street                  Telephone Number
_____                    mfield@riag.ri.gov
Address                                _____
Providence, RI 02903                   Email Address
_____
City/State/Zip Code

Reset Form            Print Form            Save Form